AUGUSTA G. GENET, Appellant, *v.* THE PRESIDENT, MANAGERS, AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Respondent.

(Argued October 5, 1881 ; decided October 18, 1881.)

DECIDED on the facts.

*George C. Genet* for appellant. .

*Edward S. Rapallo* for respondent.

ANDREWS, J., reads for affirmance.
All concur, except RAPALLO, J., not sitting.
Judgment affirmed.